UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              )
                                                    ) CASE NO.   18-01301-JMC-13
Paul David Richards                                 )
                                                    )
                                                    )
                                                    )
DEBTOR(S)                                           )

### CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2018, a copy of the foregoing Notice and Plan was issued electronically. Notice of this filing will be sent to the parties on the attached list through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

John M. Hauber

Jennifer F. Asbury, via e-mail address

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

    I further certify that on March 12, 2018, a copy of the foregoing Notice and Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

/s/John M. Hauber, Trustee
John M. Hauber Trustee
320 N. Meridian St., Suite 200
Indianapolis IN  46204

| | | |
|---|---|---|
| JOHN STEINKAMP & ASSOCIATES<br>5214 S EAST ST<br>SUITE D-1<br>INDIANAPOLIS, IN  46227 | Paul David Richards<br>10133 Foxfield Lane # J<br>Avon, IN  46123 | AT & T<br>Attn. Karen Cavagnaro<br>One AT&T Way, Office 3A231<br>Bedminster, NJ  07921 |
| AT & T U-Verse<br>208 S Akard St<br>Dallas, TX  75202 | Behavioral Psychology Assoc.<br>1920 Thoreau Drive N. &#35;151<br>Schaumburg, IL  60173 | CT Corporation System<br>RE: Indiana Bell Telephone Inc. dba AT&T<br>150 W. Market Street Suite 800<br>Indianapolis, IN  46204 |
| Capital One<br>Ascension Capital Group, Inc.<br>PO Box 201347<br>Arlington, TX  76006 | Capital One<br>Bankruptcy Dept<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One<br>P.O. Box 30281<br>Salt Lake City, UT  84130 |
| Care Ambulance<br>PO Box 2107<br>Louisville, KY  40201-2107 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE  19850 | Childrens Place/CBNA<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 |
| Citibank<br>PO Box 6497<br>Sioux Falls, SD  57117 | Codilis Law, LLC<br>8050 Cleveland Place<br>Merrillville, IN  46410 | Commonwealth Financial Systems<br>245 Main St.<br>Scranton, PA  18519 |
| Convergent Outsourcing<br>PO BOX 9004<br>Renton, WA  98057 | Discover Card<br>PO Box 30943<br>Salt Lake City, UT  84130 | Discover Financial Services LLC<br>PO BOX 15316<br>Wilmington, DE  19850-5316 |
| Diversified Consultants<br>10550 Deerwood Park Blvd 309<br>Jacksonville, FL  32256 | EMP of Chicago<br>PO Box 182554<br>Columbus, OH  43218 | Equifax<br>PO Box 740256<br>Atlanta, GA  30374 |
| Erica Haczkiewicz Binder<br>1720 W Spencer St.<br>Appleton, WI  54914 | Experian<br>701 Experian Parkway<br>Allen, TX  75013 | Family Medicine Specialists, PC<br>2020 W. 86th Street<br>Indianapolis, IN  46260 |
| Fir Solution<br>CSCL Dispute Taem N8235-04M<br>Des Moines, IA  50306 | HSBC<br>PO Box 30252<br>Salt Lake City, UT  84130 | HSBC Bank<br>PO Box 30253<br>Salt Lake City, UT  84130 |
| Hendricks Superior Court 5<br>P.O. Box 243<br>Danville, IN  46122 | IC System<br>444 Highway 96 East<br>Saint Paul, MN  55164 | IMC Credit Services<br>P.O. Box 20636<br>Indianapolis, IN  46220 |

Indiana Periodontics
45 N. Madison Avenue
Greenwood, IN  46142

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN  56303

Karen Unholz
205 S. Kenwood Ave
Royal Oak, MI  48067

Karen Unholz
c/o Elrod & Mascher, LLC
5329 S. Emerson Avenue Suite G
Indianapolis, IN  46237

Loan to Learn
Attn. Loan Servicing Center
PO Box 651118
Sterling, VA  20165-1118

Marion Superior Court Civil Division
200 East Washington Street
Indianapolis, IN  46204

Med 1 Solutions
517 US Hwy 31 N.
Greenwood, IN  46142

Mens Wearhouse
PO Box 530942
Atlanta, GA  30353-0942

Nationwide Recovery System
2304 Tarpley Rd Ste 134
Carrollton, TX  75006

New World Collections
9000 Keystone Crossing, STE 635
Indianapolis, IN  46240

SYNCB Bank
PO Box 965005
Orlando, FL  32896

Scott Rigsby Richards
8465 Keystone Crossing, Ste 212
Indianapolis, IN  46240

St. Vincent Hopsital & Health Services
2001 W 86th Street
Indianapolis, IN  46260

St. Vincent Physicians Business Services
10330 N Meridian St., Ste. 201
Indianapolis, IN  46290

State Collection Service
PO Box 6250
Madison, WI  53716-0250

Statewide Credit Assn., Inc.
dba IMC Credit Services, LLC
6955 Hillsdale Court
Indianapolis, IN  46250

Steeple Chase Apt
10272 Steeplechase Dr.
Avon, IN  46123

Target National Bank
PO Box 673
Minneapolis, MN  55440

The Bureaus
650 Dundee Road, Suite 370
Northbrook, IL  60062

Trans Union
PO Box 1000
Crum Lynne, PA  19022

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN  46204

Verizon Wireless
Bankruptcy Administration
500 Technology Dr. Ste. 550
Weldon Spring, MO  63304

Visa
PO Box 5220
Sioux Falls, SD  57117

Visa Signature Card
Attn: Biling Inquiries
PO Box 982235
El Paso, TX  79998

Visa/Dept Stores National Bank
9111 Duke Blvd
Mason, OH  45040

WINDSLOW CROSSING HOA INC
C/O Kirkpatrick Management Company
5702 Kirkpatrick Way
Indianapolis, IN  46220

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA  50306

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN  46204

John T. Steinkamp
John Steinkamp & Associates
5214 S East St Ste D-1
Indianapolis, IN  46227

Paul David Richards
10133 Foxfield Lane Apt J
Avon, IN  46123