UNITED STATES BANKRUPTCY COURT　　　　SF13210 (rev 02/2017)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Paul David Richards**,　　　　　　　　　　　　Case No. **18–01301–JMC–13**
SSN: xxx–xx–0244　　　EIN: NA
　　10133 Foxfield Lane Apt J
　　Avon, IN 46123
　　　　Debtor.

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on April 9, 2018, by Debtor Paul David Richards. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by May 9, 2018, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  April 11, 2018　　　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court