**JOHN M. HAUBER**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 441644**
**INDIANAPOLIS, IN 46244-1644**

**TRUSTEE'S ANNUAL REPORT OF RECEIPTS AND DISBURSEMENTS**
(For the period from January 01, 2019 to December 31, 2019)
Chapter 13 Case #: 18-01301-JMC-13

RE: Paul David Richards
    10133 Foxfield Lane # J
    Avon, IN  46123

Attorney: SAWIN, SHEA & STEINKAMP, LLC
6100 N KEYSTONE AVENUE STE 620
INDIANAPOLIS, IN  46220-2430

(317)255-2600

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Jan 24 | 150.00 | Feb 21 | 150.00 | Mar 21 | 150.00 | Apr 19 | 150.00 |
| May 17 | 150.00 | Jun 18 | 250.00 | Jul 19 | 150.00 | Aug 19 | 150.00 |
| Sep 09 | 150.00 | Oct 17 | 150.00 | Nov 14 | 150.00 | Dec 19 | 150.00 |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | | 253.23 | | |
| DREF | Paul David Richards | Admin | | | | | | |
| ATTY | SAWIN, SHEA & STEINKAMP, LLC | Admin | | 3,800.00 | 100.00% | 2,760.63 | 0.00 | 1,039.37 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 53.36 | 100.00% | 53.36 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 1.24 | 100.00% | 1.24 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 50.60 | 100.00% | 50.60 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 2.48 | 100.00% | 2.48 | 0.00 | 0.00 |
| NFEE | CHAPTER 13 EXPENSE ACCOUNT | Admin | | 0.62 | 100.00% | 0.62 | 0.00 | 0.00 |
| 00001 | BUREAUS INVESTMENT GROUP PORTF | Unsecured | | 443.29 | 11.00% | 0.00 | 0.00 | 443.29 |
| 00002 | RESURGENT CAPITAL SERVICES | Unsecured | | 461.90 | 11.00% | 0.00 | 0.00 | 461.90 |
| 00003 | AT&T CORP | Unsecured | | 89.73 | 11.00% | 0.00 | 0.00 | 89.73 |
| 00004 | AMERICAN INFOSOURCE LP AS AGENC | Unsecured | | 11.98 | 11.00% | 0.00 | 0.00 | 11.98 |
| 00005 | ERICA HACZKIEWICZ BINDER | | | NOT FILED | | | | |
| 00006 | KAREN UNHOLZ | | | NOT FILED | | | | |
| 00007 | SCHEDULED UNSECURED | | | NOT FILED | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 12/31/2019

Receipts: $3,400.00     Paid to Claims: $0.00     Administrative Costs Paid: $3,123.40

** NOTE:  Please note that we may not yet have commenced payment to all levels of creditors under your plan.  If you note any discrepancies between this report and your records, please report this, in writing, to the Trustee's office.

** NOTE:  Your case information is available on the Internet at www.13network.com.  To setup your UserID and access this system, please enter your case number (without a hyphen) and the last 4 digits of your Social Security Number.

** NOTE:   You are now able to make your plan payments through our **online** program. Please visit our website at **www.Hauber13.com** for general questions and to register.

Respectfully Submitted,

/s/ John M. Hauber

John M. Hauber, Trustee