## United States Bankruptcy Court
### Southern District of Indiana

In re   **Paul David Richards**                              Case No.   **18-01301-JMC**
                              Debtor(s)                       Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-0244

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Paul David Richards**

Street:            **10133 Foxfield Lane Apt J**

City, State and Zip:   **Avon, IN 46123**

Telephone #:

**Please be advised that effective   June 8, 20 21   ,
my (our) new mailing address and telephone number is:**

Name:              **Paul David Richards**

Street:            **13203 Parkside Drive, Unit 135**

City, State and Zip:   **Fishers, IN  46038**

Telephone #:

                                                      /s/ Paul David Richards
                                                      **Paul David Richards**
                                                      Debtor