**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAUL DAVID RICHARDS, | ) | CASE NO. 18-01301-JMC-13 |
| | ) | |
| Debtor(s). | ) | |

**DEBTOR'S M OTION FOR RELIEF FROM JUDGMENT**

**COMES NOW** the Debtor, by counsel, and files his Debtor's Motion for Relief from Judgment for the above-captioned action and, in support thereof, would show the Court the following.

1. The Debtor filed Chapter 13 bankruptcy on March 6, 2018. .

2. An Order of No Discharge was filed by the Chapter 13 Trustee on June 7, 2021 because the Debtor failed to comply with S.D. Ind.B-4004-1(b) concerning chapter 13 discharges.

3. Contemporaneously with the filing of this Motion, Debtor's Motion for Discharge will be filed.

**WHEREFORE**, the Debtor by Counsel respectfully requests that the Court grant him relief from the judgment order and for all other relief that is just and proper.

Respectfully submitted,

/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp and Associates
5214 S. East Street, Ste. D1
Indianapolis, IN 46227
(317) 780-8300
ecf@johnsteinkampandassociates.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a copy of this Debtor's Motion for Relief from Judgment was served on the following by US Mail, first class, postage paid and/or via ECF June 8, 2021.

/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp and Associates
5214 S. East Street, Ste. D1
Indianapolis, IN 46227
(317) 780-8300
ecf@johnsteinkampandassociates.com

John Morgan Hauber    ecfmail@hauber13.com, ecfmail1@hauber13.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

Paul Richards
13203 Parkside Drive
Unit 135
Fishers, IN  46038