**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                    )
                                          )
PAUL DAVID RICHARDS,                      )          CASE NO. 18-01301-JMC-13
                                          )
    Debtor(s)                         )
                                          )

## NOTICE TO HOLDER OF DOMESTIC SUPPORT OBLIGATION OF OBJECTION DEADLINE

The Debtor(s) has filed a Motion for Entry of Chapter 13 Discharge and a Certification of Eligibility for Chapter 13 Discharge.  The Certification asserts that the Debtor(s) is current on any Domestic Support Obligation owed to you.

**NOTICE IS GIVEN** that any objections to the Motion must be filed with the Bankruptcy Clerk within **21 days** from date of service or such other time period as may be permitted by Fed.R.Bankr.P.9006(f).  Those not required or permitted to file electronically must deliver any objection by U.S. mail, courier, or overnight/express mail, or in person at:

**INDIANAPOLIS**
116 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN  46204

The objecting party must ensure delivery of the objection to the party filing the Motion.  **If an objection is NOT timely filed, the requested relief may be granted.**

/s/ John Steinkamp
John Steinkamp
John Steinkamp and Associates
5214 S. East Street, Suite D1
Indianapolis, IN 46227
(317) 780-8300
ecf@johnsteinkampandassociates.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **PAUL DAVID RICHARDS,** | ) | **CASE NO.: 18-01301-JMC-13** |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a copy of the Notice to Holder of Domestic Support Obligation of Objection Deadline was served on the following by U.S. Mail, first class postage paid and/or via ECF on June 7, 2021.

/s/John Steinkamp
John Steinkamp
John Steinkamp & Associates
5214 S. East Street, Suite D1
Indianapolis, IN  46227
(317)780-8300
ecf@johnsteinkampandassociates.com

John Morgan Hauber     ecfmail@hauber13.com, ecfmail1@hauber13.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov

Paul Richards
13203 Parkside Drive
Unit 135
Fishers, IN  46038

Erica Haczkiewicz Binder
1720 W. Spencer Street
Appleton WI  54914

Karen Unholz
205 S. Kenwood Avenue
Royal Oak, MI  48067