WED-25908 0756-1 s004006C-18-01301
John T. Steinkamp
5214 S. East Street
Suite D1
Indianapolis, IN 46227

18-01301



026399 26399 1 AB 0.425 60173 1 1 9339-1-26653

Behavioral Psychology Assoc.
1920 Thoreau Drive N. #151
Schaumburg, IL 60173-4151

Deborah A.
Mepson LCPC

New address

**Behavioral Psychology Associates**
2500 W. Higgins Rd, Suite 1250
Hoffman Estates, IL 60169-2051

Deborah Mepson, LCPC
dmepson@behavioralpsych.com

## ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| 1. Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br>2. You may sign up for electronic noticing at http://bankruptcynotices.uscourts.gov or<br>3. You may register a preferred physical address at http://bankruptcynotices.uscourts.gov<br>Enter all variations of your name and address(es) that you want redirected to your electronic or preferred physical address. Make sure that you enter the name and address that were on this notice to ensure that future notices to this incorrect address will be re-directed. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

026399    25908026425016

Behavioral Psychology Associates
2500 W. Higgins Rd, Suite 1250
Hoffman Estates, IL 60169-2051



CAROL STREAM IL 601
14 JUL 2021 PM 3 L

US POSTAGE
$ 000.51⁰
02 1P
0001212785　　JUL 13 2021
MAILED FROM ZIP CODE 60169

United States Bankruptcy Court
Southern District of Indiana
46 E. Ohio St. Rm 116
Indianapolis, IN 46204

46204-432999